FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LENARD HOLT,<br><br>Defendant. | No. 1:22-CR-2060-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 20, 21, 22** |

**BEFORE THE COURT** is Defendant's Motion to Withdraw Motion to Modify Conditions of Release (ECF No. 20) and related Motion to Expedite (ECF No. 21). ECF No. 22. Defendant previously requested that the Court modify Special Condition No. 1, which requires him to remain in the Eastern District of Washington (ECF No. 12), to allow him to reside in the Western District of Washington to care for his wife who recently suffered medical issues requiring emergency medical care. *See* ECF No. 20 at 2. The instant motion to withdraw the motion to modify conditions indicates Defendant no longer wishes a transfer of pretrial supervision to the Western District of Washington. ECF No. 22 at 2.

Based on the foregoing, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Withdraw Motion to Modify Conditions of Release, **ECF No. 22**, is **GRANTED**.

ORDER - 1

2. Defendant's Motion to Expedite, **ECF No. 21**, and Motion to Modify Conditions of Release, **ECF No. 20**, are **STRICKEN.**

3. All conditions of pretrial release previously established by the Court (ECF No. 12) shall remain in effect, and Defendant shall continue to comply with these conditions.

**IT IS SO ORDERED**.

DATED July 20, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2