FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:22-CR-2060-SAB-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| RAYMOND LENARD HOLT, | **ECF No. 24, 25** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 24) and related Motion to Expedite (ECF No. 25). Defendant specifically requests that the Court modify Special Condition No. 1, which requires him to remain in the Eastern District of Washington (ECF No. 12), to allow him to reside in the Western District of Washington to care for his wife who recently suffered medical issues requiring emergency medical care. *See* ECF No. 24 at 2.

Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. ECF No. 24 at 2-3.

For the reasons set forth in the Motion, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite, **ECF No. 25**, is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release, **ECF No. 24**, is **GRANTED**.

ORDER - 1

3. Special Condition No. 1 (ECF No. 12) shall be **MODIFIED** to permit Defendant to reside in the Western District of Washington to care for his wife.

4. All other conditions of release shall remain in effect, and United States Probation Officer Kyle Mowatt shall facilitate the process to ensure Defendant complies with his conditions of pretrial release.

**IT IS SO ORDERED**.

DATED August 2, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2