FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LENARD HOLT,<br><br>Defendant. | No. 1:22-CR-02060-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 27, 28, 37** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 27), as well as the related Motion to Expedite (ECF No. 28) and Motion to Withdraw (ECF No. 37).

The Court, finding good cause, **HEREBY ORDERS:**

1. Defendant's Motion to Withdraw Motion to Modify Conditions of Release, **ECF No. 37**, is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release, **ECF No. 27**, is **WITHDRAWN**.

3. Defendant's Motion to Expedite, **ECF No. 28**, is **DENIED AS MOOT**.

ORDER - 1

4.  All terms and conditions of pretrial release shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 18, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2