FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LENARD HOLT,<br><br>Defendant. | No. 1:22-CR-2060-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 47, 48** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 47) and related Motion to Expedite (ECF No. 48). Defendant was represented on these Motions by Assistant Federal Defender Alex B. Hernandez III.

Defendant requests that the Court modify Special Condition No. 6 to reduce the condition of home confinement to a curfew. ECF No. 47. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id.*

The Court, having reviewed the Motion and finding good cause therefor, **HEREBY ORDERS:**

1. Defendant's Motion to Expedite (**ECF No. 48**) is **GRANTED**.

ORDER - 1

2.    Defendant's Motion to Modify Conditions of Release (**ECF No. 47**) is **GRANTED**.

3.    **Special Condition No. 6 (ECF No. 12) is MODIFIED** in its entirety to read **as follows:**

    **6.**    **Defendant shall be restricted to his residence every day as directed by the United States Probation/Pretrial Services Office.**

4.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 13, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2