Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:22-CR-02060-SAB |
|---|---|
| Plaintiff, | |
| v. | United States' Amended Sentencing Memorandum |
| RAYMOND LENARD HOLT, | |
| Defendant. | |

Plaintiff United States of America, by and through Vanessa R. Waldreff, United States Attorney for the Eastern District of Washington and Michael D. Murphy, Assistant United States Attorney for the Eastern District of Washington hereby submits its sentencing memorandum.

Pursuant to a written plea agreement (ECF 52), Defendant pleaded guilty on March 14, 2023 to the Indictment, which charged him with Abusive Sexual Contact in violation of 18 U.S.C. §§ 1152, 2244(a)(5). The United States Probation Offices submitted a draft Presentence Investigation Report ("PSR") which was filed on May 17, 2023 (ECF 54). The United States has no objections to the PSR.

United States' Sentencing Memorandum    1

The PSR calculates Defendant's total offense level as 21. PSR, ¶ 44. This level contemplates a three level reduction for acceptance of responsibility. *Id.* at ¶¶ 42-43. Defendant's criminal history category is calculated as I. *Id.* at ¶ 50. Accordingly, the draft PSR calculates his guideline sentencing range as 37-46 months incarceration followed by 5 years to life of supervised release. *Id.* at ¶¶ 99, 101. Pursuant to the Plea Agreement, the parties agree that, pursuant to Fed.R.Crim.P. 11(c)(1)(C), Defendant receive a sentence of incarceration of 24-60 months imprisonment followed by 5-20 years supervised release. Plea Agreement, (ECF 52, ¶¶ 3, 12, 14).

**Sentencing Recommendation**

The United States requests that the Court enter a sentence of between 24 and 60 months incarceration followed by 5 years of supervised release. As recounted in the PSR, Defendant sexually touched a child under the age of twelve years, directly and through her clothing. PSR, ¶¶ 11-14, 24-26.

The prosecution's recommendation of a sentence of two to five years incarceration and plea agreement to that range is premised in part upon weighing t the seriousness of Defendant's actions against his history of service in the military and lack of criminal history despite his advanced age. *See* PSR, ¶¶ 71, 84-93. In addition, Defendant indicated a desire to accept responsibility for his actions at an early stage of this matter and has done so. Should the Court impose a sentence in the range set forth in the plea agreement, Defendant will be 78 to 81 years of age upon release and subject to supervision until he is, at minimum, 83 years old.

**Special Penalty Assessment**

Given Defendant's limited and fixed income, the United States does not request the imposition of a criminal fine in this case. However, the United States does request that the Court impose, in addition to the mandatory $100 special penalty assessment, a $5,000 mandatory special penalty assessment pursuant to 18

U.S.C. § 3014.

**Restitution**

Restitution is mandatory. PSR, ¶¶ 110-111. The United States is unaware of any restitution requests at this time. Should any be made, the government will provide that information to Defendant and the Court.

Based upon the foregoing, the United States respectfully requests that the Court impose a sentence of 24-60 months incarceration to be followed by 5 years supervised release, no criminal fine, a $100 special penalty assessment and a $5,000 JVTA special penalty assessment, and restitution in the amount of $257.55.

Dated: June 6, 2023.

                                Vanessa R. Waldreff
                                United States Attorney

                                */s/ Michael D. Murphy*
                                Michael D. Murphy
                                Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered parties.

>*/s/ Michael D. Murphy*
>Michael D. Murphy
>Assistant United States Attorney