# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>-vs-<br>RAYMOND LENARD HOLT,<br><br>                                    Defendant. | Case No.         1:22-CR-2060-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:         JUNE 21, 2023<br><br>LOCATION:   YAKIMA, WA<br><br>**SENTENCING HEARING** |

| CHIEF JUDGE STANLEY A. BASTIAN ||||
|---|---|---|---|
| Michelle Fox | 01 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Michael Murphy || A. Ben Hernandez ||
| **Government Counsel** || **Defense Counsel** ||
| United States Probation Officer:   Carrie Valencia ||||

[X]  Open Court            [ ]  Chambers            [ ]  Telecon/Video

Defendant present and in custody of the US Marshal.

Court addresses counsel.

Court outlines the case. Defendant pled guilty to Count 1 Indictment. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. Court has reviewed the presentence report.

No objections to the presentence report however B. Hernandez has argument on the special conditions. Special Condition 1 is overbroad. Court reads the condition. Court will keep condition 1.
    Special Condition 3 requesting contact with grandchildren. Court will keep condition 3. Defendant can address the issue with probation and if they do not give permission, then it can be brought to the Court.

Leslie Swan speaks to the Court. Court will redact names.

**[ X ]   ORDER FORTHCOMING**

| CONVENED: 1:30 P.M. | ADJOURNED: 2:13 P.M. | TIME:  43 MIN. | CALENDARED    [ X ] |
|---|---|---|---|

USA  -vs-  R. Holt  
1:22-CR-2060-SAB-1  
Sentencing Hearing

June 21, 2023  
Page 2

M. Murphy presents argument and outlines recommendations.  Asks the Court to accept the 11(c)(1)(C) plea agreement.   24-60 months.  5-20 years SR.  No fine. No Restitution.  JVTA $5,000.00.

B. Hernandez presents argument and outlines recommendations.     24 months.   10 years SR.  Recommend FCI Englewood in Colorado.  Recommend defendant be allowed to self-report.  Recommending Englewood because it has a sex offender program.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.   Court outlines the 3553 factors.   Court accepts the 11(c)(1)(C) plea agreement.

Imprisonment:   40 months.  Credit for Time Served.

Supervised Release:   10 years with the standard conditions and the following special conditions:

1. If you pose a risk to another person or an organization, the probation officer may seek permission from the court to require you to notify that person or organization about the risk. If the court approves, you must provide the notification. The probation officer may contact the person or organization to confirm that you have provided the proper notification.

2. You must not communicate, or otherwise interact, with V.M., either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1,000 feet of the victim's residence or place of employment.

3. You must not have direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

4. You must not be employed in any occupation, business, or profession, or participate in any volunteer activity which provides access to children under the age of 18, unless authorized by the supervising officer.

5. You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.

6. You must not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.

7. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

8. You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

9. You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

10. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

11. You must complete a sex offender evaluation, which may include psychological and polygraph testing. You must pay according to your ability and allow the reciprocal release of information between the evaluator and supervising officer.

12. You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

SPA:  $100.00

JVTA:  Court will not order this fine.

Fine:  Waived

Court will recommend FCI Englewood.  Court will allow defendant to self-report.

Waiver of Right to Appeal discussed.